THE STATE OF OHIO, APPELLEE, *v.* HAYNIE, APPELLANT.

[Cite as *State v. Haynie,* 105 Ohio St.3d 133, 2005-Ohio-785.]

(No. 2004–1049—Submitted February 16, 2005—Decided March 16, 2005.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. White,* 103 Ohio St.3d 580, 2004-Ohio-5989, 817 N.E.2d 393.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

---

Jim Slagle, Marion County Prosecuting Attorney, for appellee.

David H. Bodiker, State Public Defender, and Stephen P. Hardwick, Assistant Public Defender, for appellant.